FILED IN OPEN COURT
U.S.D.C. Atlanta

NOV 04 2026

Kevin P. Weimer, Clerk
By: [signature] Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*v.*<br>CLEVELAND MEREDITH, JR. | Criminal Indictment<br>No. 1 26-CR-520 |

THE GRAND JURY CHARGES THAT:

**Count One**

On or about April 23, 2026, in the Northern District of Georgia, the defendant, CLEVELAND MEREDITH, JR. consciously disregarding a substantial risk that his communication would be viewed as threatening violence, knowingly transmitted a communication in interstate and foreign commerce that contained threats to injure the person of another; specifically, MEREDITH posted on Facebook, "ALL J6 Federal JUDGES will be EXECUTED!" all in violation of Title 18, United States Code, Section 875(c).

**Count Two**

On or about July 14, 2026, in the Northern District of Georgia, the defendant, CLEVELAND MEREDITH, JR. consciously disregarding a substantial risk that his communication would be viewed as threatening violence, knowingly transmitted a communication in interstate and foreign commerce that contained threats to injure the person of another; specifically, MEREDITH posted on Facebook, "ATLANTA is gonna BURN! Bye-Bye WARLOCK & JERKOSSOFF!

BWAAAHAAAHAAA" all in violation of Title 18, United States Code, Section 875(c).

A True BILL

FOREPERSON

THEODORE S. HERTZBERG
*United States Attorney*

LAUREN E. RENAUD
*Assistant United States Attorney*
Georgia Bar No. 241250

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181