IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN OPEN COURT
U.S.D.C. - Atlanta
NOV - 5 2026
KEVIN P. WEIMER, Clerk
By: Deputy Clerk

UNITED STATES OF AMERICA

*v.*

CLEVELAND GROVER MEREDITH, JR.

Criminal Action No. 1:26-cr-520

**Government's Motion for Detention**

The United States of America, by counsel, Theodore S. Hertzberg, United States Attorney, and Lauren E. Renaud, Assistant United States Attorney for the Northern District of Georgia, moves for detention under 18 U.S.C. §§ 3142(e) and (f).

**1. Eligibility of Case**

This case is eligible for a detention order because this case involves:

A crime of violence (18 U.S.C. § 3156).

**2. Reason for Detention**

The Court should detain defendant because there are no conditions of release that will reasonably assure the safety of any other person and the community.

**3. Rebuttable Presumption**

The United States will not invoke the rebuttable presumption that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community pursuant to 18 U.S.C. § 3142(e)(3).

The United States will not invoke the rebuttable presumption that no condition or combination of conditions will reasonably assure the safety of any other person and the community pursuant to 18 U.S.C. § 3142(e)(2).

**4. Time for Detention Hearing**

The United States requests the Court conduct the detention hearing after continuance of 0 days.

The United States requests leave of Court to supplement this motion with additional grounds or presumptions for detention.

Dated: November 5, 2026.

Respectfully submitted,

THEODORE S. HERTZBERG
United States Attorney

*Lauren E. Renaud*

LAUREN E. RENAUD
Assistant U.S. Attorney
Ga. Bar No. 241250

Richard Russell Federal Building
75 Ted Turner Drive S.W., Suite 600
Atlanta, Georgia 30303-3309
Phone: (404) 581-6000
Fax: (404) 581-6181

**Certificate of Service**

I served this document today by handing a copy to defense counsel:

November 5, 2026

/s/LAUREN E. RENAUD

LAUREN E. RENAUD
Assistant U.S. Attorney