IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION |
| | ) | NO. 1:26-CR-520 |
| CLEVELAND MEREDITH | ) | |
| | ) | |

FIRST UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE PRETRIAL MOTIONS

CLEVELAND MEREDITH, through undersigned counsel, files this motion for extension of time to file pretrial motions. Pretrial motions are due on November 19, 2026. Defendant requests the Court allow him at least an additional 30 days to file pretrial motions. This would make motions due on December 18, 2026. Defendant further requests the pretrial conference be scheduled after the deadline set for motions. In support of this Motion, Defendant submits the following:

1) Mr. Meredith is charged in a 2-count indictment to which he entered a not guilty plea at his arraignment on November 5, 2026.

2) The undersigned needs additional time to review discovery and investigate the case, consult with Mr. Meredith, and attempt to negotiate a pretrial resolution with the government.

3) Assistant United States Attorney Lauren Renaud, counsel for the government, has no objection to the granting of this Motion.

4) The period from the filing of this motion through the pretrial conference is properly excluded from the speedy trial clock because the ends of justice served by granting this extension of time outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(A).

WHEREFORE, Defendant respectfully requests the Court continue the pretrial conference and allow him an additional 30 days to file motions.

This 18th day of November 2026

Respectfully submitted,

/s/ Keenen J. Twymon
STATE BAR NO. 994921
ATTORNEY FOR CLEVELAND MEREDITH

FEDERAL DEFENDER PROGRAM, INC.
Suite 1500, Centennial Tower
101 Marietta Street, N.W.
Atlanta, Georgia 30303
(404) 688-7530
keenen_twymon@fd.org